UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GUERLAIN G. PAUL, JR., | Case No: 2:21-cv-00229 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CREDIT ONE BANK, N.A., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that the undersigned, Philip A. Goldstein, hereby enters his appearance as counsel for Defendant Credit One Bank, N.A., and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
January 15, 2021

                                                     */s/ Philip A. Goldstein*
                                                   Philip A. Goldstein
                                                   MCGUIREWOODS LLP
                                                   1251 Avenue of the Americas, 20th Floor
                                                   New York, New York 10020-1104
                                                   (212) 548-2167
                                                   pagoldstein@mcguirewoods.com

                                                   *Counsel for Defendant Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be duly served upon all parties to this action as indicated below via electronic mail and Federal Express overnight mail, postage prepaid:

Guerlain Paul
172 N. Bayview Avenue
Freeport, NY 11520
laneinny73@yahoo.com

*Pro Se Plaintiff*

                                                     */s/ Philip A. Goldstein*
                                                   Philip A. Goldstein

                                                   *Counsel for Defendant Credit One Bank,*
                                                   *N.A.*

140111188_1